**Mark C. ALLRED, Petitioner–Appellant,**

v.

**James B. FRENCH, Warden; North Carolina Department of Correction, Respondents–Appellees.**

No. 01–6332.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Sept. 10, 2001.

Mark C. Allred, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Mark C. Allred appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Allred v. French,* No. CA–00–617–1 (M.D.N.C. Feb. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*